## UNITED STATES of America

v.

## John Charles KENNEY, Appellant (M.D. Pa No. 99–cr–00280).

### No. 01–4318.

United States Court of Appeals, Third Circuit.

Aug. 20, 2010.

Frederick E. Martin, Esq., Office of United States Attorney, Williamsport, PA, for Appellee.

Jeffrey C. Dohrmann, Esq., Rieders, Travis, Humphrey, Harris, Waters & Waffenschmidt, Williamsport, PA, John Charles Kenney, Canaan USP, Waymart, PA, for Appellant.

Present: HARDIMAN, GREENBERG, and ROTH, Circuit Judges.*

---

* The Honorable Robert J. Ward, United States District Judge for the Southern District of New York, who was a member of the coram by designation, has since passed away. Circuit Judge Thomas M. Hardiman has been added to the coram.

## ORDER

THOMAS M. HARDIMAN, Circuit Judge.

1. Expedited Motion by Appellant to Recall the Mandate;

2. Appellant's Addendum to Motion to Recall the Mandate;

3. Response by Appellee to Expedited Motion to Recall the Mandate.

4. Reply by Appellant to Response by Appellee in Opposition to Appellant's Motion to Recall the Mandate

5. Exhibits in Support of Appellant's Reply to Response by Appellee in Opposition to Appellant's Motion to Recall the Mandate

6. Exhibits in Support of Appellant's Reply to Response by Appellee in Opposition to Appellant's Motion to Recall the Mandate

The foregoing motion to recall the mandate is hereby DENIED.